THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARRIS GROUP, INC. f/k/a GENERAL INSTRUMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> CBRE GROUP, INC. <br><br> Defendant. | CIVIL ACTION NO. 1:16-cv-11964 |

## NOTICE OF SETTLEMENT

Plaintiff Arris Group, Inc. f/k/a General Instrument Corp., on behalf of both parties, hereby report that this case has settled and respectfully request that the Court issue a 30-day order of dismissal *Nisi*.

Dated: November 22, 2016

Respectfully submitted,

ARRIS GROUP, INC.,

By its attorneys,

/s/ Tyler E. Chapman
Tyler E. Chapman, Esq. (BBO # 637852)
tchapman@toddweld.com
Alycia M. Kennedy, Esq. (BBO #688801)
akennedy@toddweld.com
Todd & Weld, LLC
One Federal Street
Boston, MA 02110
(617) 720-2626

# CERTIFICATE OF SERVICE

  I, Tyler E. Chapman, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF) and by first class mail to any non-registered participants on this date.

Dated: November 22, 2016

            */s/ Tyler E. Chapman*
            Tyler E. Chapman

4832-4046-5213, v. 1